IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG, LI CHING CHU, and ROBERT CHING LIANG HUNG,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC,<br><br>    Defendants.<br>_____/ | No. C 11-04990 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

On November 10, 2011, this action was reassigned to the undersigned judge. On November 28, 2011, defendant Tribal Technologies, renoticed its motion to dismiss, or in the alternative, to stay the action (Dkt. No. 23). Pursuant to Civil Local Rule 7-3, plaintiffs' opposition or statement of non-opposition to the motion was due December 12. None was filed. Accordingly, plaintiffs Cindy K. Hung, Li Ching Chu, and Robert Ching Liang Hung are hereby **ORDERED TO SHOW CAUSE** why their claims against defendant Tribal Technologies, should not be dismissed for failure to oppose the motion. Plaintiffs must file a written response to this order by **DECEMBER 19, 2011**. If no response is filed or if good cause is not shown, then the motion may be granted. The motion hearing previously set for January 5, 2012, is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 13, 2011.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE