**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 CINDY K. HUNG, LI CHING CHU, and          No. C 11-04990 WHA
ROBERT CHING LIANG HUNG,
11

12          Plaintiffs,
                                            **ORDER FINDING GOOD CAUSE**
13    v.                                    **SHOWN AND SETTING HEARING**

14 TRIBAL TECHNOLOGIES and
GLENBOROUGH 400 ECR, LLC.,
15
          Defendants.
16                                      /

17        Plaintiffs were ordered to show cause why their claims against defendants Tribal

18 Technologies and Glenborough 400 ECR, LLC should not be dismissed for failure to oppose

19 defendants' respective motions to dismiss.  Plaintiffs have submitted responses to the orders to

20 show cause and have also submitted opposition briefs.  Defendants have submitted reply briefs.

21 Good cause having been shown, plaintiffs' opposition briefs are deemed filed.  The hearing on

22 Tribal Technologies' motion to dismiss and Glenborough 400 ECR, LLC's motion to dismiss will

23 be at **8:00 A.M. ON JANUARY 5, 2012**.

24

25    **IT IS SO ORDERED.**

26

27 Dated:  December 19, 2011.
                                        _____
28                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE