IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG, LI CHING CHU, and ROBERT CHING LIANG HUNG,<br><br>Plaintiffs,<br><br>v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC.,<br><br>Defendants. | No. C 11-04990 WHA<br><br>**ORDER FINDING GOOD CAUSE SHOWN AND SETTING HEARING** |

Plaintiffs were ordered to show cause why their claims against defendants Tribal Technologies and Glenborough 400 ECR, LLC should not be dismissed for failure to oppose defendants' respective motions to dismiss. Plaintiffs have submitted responses to the orders to show cause and have also submitted opposition briefs. Defendants have submitted reply briefs. Good cause having been shown, plaintiffs' opposition briefs are deemed filed. The hearing on Tribal Technologies' motion to dismiss and Glenborough 400 ECR, LLC's motion to dismiss will be at **8:00 A.M. ON JANUARY 5, 2012**.

**IT IS SO ORDERED.**

Dated: December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE