IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC, a California Limited Liability Company, Does 1 through 100, inclusive,<br><br>    Defendants.<br>                                          / | No. C 11-04990 WHA<br><br>**NOTICE** |

At the hearing on the motions to dismiss set for tomorrow, January 5, 2012, at 2:00 p.m., plaintiffs should be prepared to state accurately the place of residence of each plaintiff at the time of the filing of the complaint and at the time of the hearing.

Dated: January 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE