IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG, individually and as successors in interest to Cindy K. Hung (deceased),,<br><br>Plaintiffs,<br><br>v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC, a California Limited Liability Company, Does 1 through 100, inclusive,<br><br>Defendants. | No. C 11-04990 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

Plaintiffs Cindy K. Hung, Li Ching Chu, and Robert Ching Liang Hung, filed a motion for leave to amend the complaint on January 26, 2012. Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of non-opposition to the motion was due February 9, 2012. None was filed. Defendants are hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted. Defendants must file a written response to this order by **NOON ON MARCH 1, 2012.** If no response is filed, plaintiffs' motion may be granted. The motion hearing set for March 15, 2012 is **VACATED**.

**IT IS SO ORDERED.**

Dated: February 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE