IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG, individually and as successors in interest to Cindy K. Hung (deceased),<br><br>    Plaintiffs,<br><br>  v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC, a California Limited Liability Company, Does 1 through 100, inclusive,<br><br>    Defendants.<br>                                      / | No. C 11-04990 WHA<br><br>**ORDER FINDING GOOD CAUSE SHOWN AND SETTING HEARING AND BRIEFING SCHEDULE** |

An order to show cause issued why plaintiffs' motion for leave to amend the complaint should not be granted for defendants' failure to oppose. Defendants both responded to the order to show cause. Good cause having been found, the motion hearing is set for **MARCH 22, 2012 AT 8 A.M.** Plaintiffs' reply shall be due **MARCH 8**.

**IT IS SO ORDERED.**

Dated: March 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE