IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CINDY HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased)

    Plaintiffs,

v.

TRIBAL TECHNOLOGIES, GLENBOROUGH 400 ECR, LLC, a California Limited Liability Company, and Does 1 though 3, inclusive,

    Defendants.

No. C 11-04990 WHA

**NOTICE RE: QUESTIONS FOR MARCH 22 HEARING**

At the hearing on March 22, counsel for all parties should be prepared to answer the following question: If this Court were to dismiss defendants Does, why would this not cure the lack of diversity issue?

Defendant Glenborough should be prepared to answer the following question: Are you a corporation or a limited liability company? Of which state(s) are you and your owners/members citizens?

Dated: March 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE