IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased)<br><br>Plaintiffs,<br><br>v.<br><br>TRIBAL TECHNOLOGIES, GLENBOROUGH 400 ECR, LLC, a California Limited Liability Company, and Does 1 though 3, inclusive,<br><br>Defendants. | No. C 11-04990 WHA<br><br>**NOTICE RE: QUESTIONS FOR MARCH 22 HEARING** |

    At the hearing on March 22, counsel for all parties should be prepared to answer the following question: If this Court were to dismiss defendants Does, why would this not cure the lack of diversity issue?

    Defendant Glenborough should be prepared to answer the following question: Are you a corporation or a limited liability company? Of which state(s) are you and your owners/members citizens?

Dated: March 19, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE