IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CINDY HUNG (deceased), LI CHING CHU, and
ROBERT CHING LIANG HUNG, individually
and as successors to Cindy Hung (deceased),

    Plaintiffs,

  v.

TRIBAL TECHNOLOGIES, GLENBOROUGH
400 ECR, LLC, a California Limited Liability
Company, and Does 1 though 100, inclusive,

    Defendants.

No. C 11-04990 WHA

**ORDER RESCHEDULING HEARING**

    Plaintiffs' counsel noticed plaintiffs' second motion for leave to amend the complaint for Wednesday, May 30, 2012. The motion hearing is rescheduled for **THURSDAY, MAY 31, 2012, AT 2:00 P.M.** for the regularly scheduled civil calendar.

    **IT IS SO ORDERED.**

Dated: April 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE