IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>TRIBAL TECHNOLOGIES, GLENBOROUGH 400 ECR, LLC, a California Limited Liability Company, and Does 1 though 100, inclusive,<br><br>Defendants. | No. C 11-04990 WHA<br><br>**ORDER RESCHEDULING HEARING** |

Plaintiffs' counsel noticed plaintiffs' second motion for leave to amend the complaint for Wednesday, May 30, 2012. The motion hearing is rescheduled for **THURSDAY, MAY 31, 2012, AT 2:00 P.M.** for the regularly scheduled civil calendar.

**IT IS SO ORDERED.**

Dated: April 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE