IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>    Plaintiffs,<br><br>  v.<br><br>TRIBAL TECHNOLOGIES, GLENBOROUGH 400 ECR, LLC, a California Limited Liability Company, and Does 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-04990 WHA<br><br>**JUDGMENT** |

    For the reasons stated in the accompanying order denying plaintiffs leave to file a first amended complaint without further leave to amend, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: May 9, 2012.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE