IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>TRIBAL TECHNOLOGIES, GLENBOROUGH 400 ECR, LLC,<br><br>Defendants.<br>_____ / | No. C 11-04990 WHA<br><br>**REQUEST FOR BRIEFING** |

On May 9, 2012, an order denied plaintiffs' motion for leave to file an amended complaint (Dkt. No. 64). On May 29, 2014, our court of appeals reversed and held that the proposed second amended complaint properly eliminated all unnamed defendants as parties (Dkt. No. 78). It further ordered that defendants' motion to stay the action pending the resolution of plaintiffs' related state-court action should be considered.

Both sides are requested to file briefing, no longer than ten pages, on the status of the state-court action by **NOON ON JULY 10, 2014.**

**IT IS SO ORDERED.**

Dated: June 19, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE