IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>    Plaintiffs,<br><br>  v.<br><br>TRIBAL TECHNOLOGIES, GLENBOROUGH 400 ECR, LLC,<br><br>    Defendants.<br>                             / | No. C 11-04990 WHA<br><br>**ORDER RE STAY** |

In its response, defendant Tribal Technologies requests a stay in this action given the pending state-court action involving similar claims. Plaintiffs shall file a response indicating whether they will stipulate to a stay pending the resolution of the state-court action by **JULY 17, 2014**.

**IT IS SO ORDERED.**

Dated: July 10, 2014.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE