IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY HUNG (deceased), LI CHING CHU, and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRIBAL TECHNOLOGIES, GLENBOROUGH 400 ECR, LLC,<br><br>　　　　Defendants.<br>　/ | No. C 11-04990 WHA<br><br>**SECOND ORDER RE STAY** |

　　　　In response to the order to show cause, plaintiffs stated that they will not stipulate to a stay in this action pending the outcome of the related state-court proceeding. Accordingly, defendants shall file a formal motion to stay by **August 7, 2014.**

　　　　**IT IS SO ORDERED.**

Dated: July 22, 2014.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE