IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG (deceased), LI CHING CHU and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC,<br><br>　　　　Defendants.<br>　/ | No. C 11-04990 WHA<br><br>**ORDER REQUIRING COUNSEL'S DECLARATIONS ON STATUS OF DISCOVERY IN STATE-COURT ACTION** |

　　In preparation for next week's hearing on defendants' motions to stay, counsel for both sides shall file declarations on the status of the discovery in the state-court action. Among other details, the declarations must provide specific details as to (1) whether any interrogatories have been propounded and/or answered; (2) whether any depositions have been scheduled and/or taken; (3) the volume of documents produced and by whom; (4) whether any protective order has been entered; (5) how the four motions to compel, as referenced in defendant Tribal Technologies' reply, were resolved; and (6) any other discovery rulings. Counsel's declarations are due by **4 PM ON SEPTEMBER 12, 2014**.

　　**IT IS SO ORDERED.**

Dated: September 11, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE