IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG (deceased), LI CHING CHU and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC,<br><br>Defendants. | No. C 11-04990 WHA<br><br>**ORDER REQUESTING OPERATIVE COMPLAINT FROM THE STATE ACTION** |

This order hereby requests that plaintiffs please lodge a copy of their operative complaint from the state action (*i.e.*, the fourth amended complaint). Please do so by **5 PM ON SEPTEMBER 16, 2014**.

**IT IS SO ORDERED.**

Dated: September 15, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE