IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG ET AL, | No. C-11-04990-WHA |
| Plaintiffs, | **ORDER** |
| v. | |
| TRIBAL TECHNOLOGIES ET AL, | |
| Defendants. | |

In his September 18, 2014 Order [Docket No. 104], Judge Alsup recommended that the undersigned judge consider the possibility of inviting other defendants from the state-court action to participate in the settlement conference in this case. The parties shall meet and confer, and by October 1, 2014 shall email a brief joint letter to Judge Ryu at dmrchambers@cand.uscourts.gov explaining who the other defendants from the state court action are, and whether and why they should or should not be invited to attend the settlement conference. The parties shall attach a copy of the operative state court complaint.

Dated: 9/24/2014

DONNA M. RYU
United States Magistrate Judge