1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10  CINDY K. HUNG (deceased), LI CHING CHU
    and ROBERT CHING LIANG HUNG,
11  individually and as successors to Cindy Hung          No. C 11-04990 WHA
    (deceased),
12
              Plaintiffs,
13
        v.                                                **RULE 54(B) JUDGMENT**
14
15  TRIBAL TECHNOLOGIES and
    GLENBOROUGH 400 ECR, LLC,
16
              Defendants.
17  _____/

18          For the reasons stated in the accompanying order granting summary judgment, **FINAL**

19  **JUDGMENT IS HEREBY ENTERED** in favor of defendant Glenborough 400 ECR, LLC and

20  against plaintiffs.  This final judgment for Glenborough is entered pursuant to Federal Rule of

21  Civil Procedure 54(b), and upon the accompanying order's express determination that there is

22  no just reason for delay.

23          Judgment is not rendered with respect to defendant Tribal Technologies.

24

25          **IT IS SO ORDERED.**

26

27  Dated:  November 12, 2014.                    _____
                                                  WILLIAM ALSUP
28                                                UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California