IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG (deceased), LI CHING CHU and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>  Plaintiffs,<br><br>  v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC,<br><br>  Defendants. | No. C 11-04990 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

**IT IS SO ORDERED.**

Dated: January 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE