IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG (deceased), LI CHING CHU and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC,<br><br>Defendants. | No. C 11-04990 WHA<br><br>**REQUEST FOR STATUS UPDATE** |

This order requests that the parties file a status report on the progress of the state action by **AUGUST 22, 2016.**

**IT IS SO ORDERED.**

Dated: August 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE