IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG (deceased), LI CHING CHU and ROBERT CHING LIANG HUNG, individually and as successors to Cindy Hung (deceased),<br><br>  Plaintiffs,<br><br> v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC,<br><br>  Defendants. | No. C 11-04990 WHA<br><br>**REQUEST FOR STATUS UPDATE** |

  This order requests that the parties file a status report on the progress of the state action by **JANUARY 9, 2017.**

  **IT IS SO ORDERED.**

Dated: October 6, 2016.

                  /s/ William Alsup
                  WILLIAM ALSUP
                  UNITED STATES DISTRICT JUDGE