IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY K. HUNG (deceased), LI CHING CHU and ROBERT CHING LIANG HUNG, individually and as successors in interest to Cindy K. Hung (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>TRIBAL TECHNOLOGIES and GLENBOROUGH 400 ECR, LLC,<br><br>Defendants. | No. C 11-04990 WHA<br><br>**REQUEST FOR STATUS REPORT** |

The Court is in receipt of defendant Tribal Technologies's status report dated January 3, 2017. This order requests that the remaining parties in this action file another status report on the progress of the appeal by **JUNE 1, 2017.**

**IT IS SO ORDERED.**

Dated: January 5, 2017.

                                                      WILLIAM ALSUP<br>                                                     UNITED STATES DISTRICT JUDGE